1  Robert V. Prongay (SBN 270796)
     *rprongay@glancylaw.com*
2  Charles Linehan (SBN 307439)
     *clinehan@glancylaw.com*
3  Pavithra Rajesh (SBN 323055)
     *prajesh@glancylaw.com*
4  GLANCY PRONGAY & MURRAY LLP
   1925 Century Park East, Suite 2100
5  Los Angeles, California 90067
   Telephone: (310) 201-9150
6  Facsimile: (310) 201-9160

7  *Counsel for Plaintiff Hal Collier*

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11
   HAL COLLIER, Individually and on Behalf of     Case No.
12 All Others Similarly Situated,
                                                  **CLASS ACTION COMPLAINT FOR**
13            Plaintiff,                           **VIOLATIONS OF THE FEDERAL**
                                                  **SECURITIES LAWS**
14       v.

15 FIRST REPUBLIC BANK, JAMES H.                  **CLASS ACTION**
   HERBERT, II, HAFIZE GAYE ERKAN,
16 MICHAEL J. ROFFLER, OLGA TSOKOVA,
   MICHAEL D. SELFRIDGE, NEAL                      **DEMAND FOR JURY TRIAL**
17 HOLLAND, and KPMG, LLP,

18            Defendant.

19

20

21

22

23

24

25

26

27

28

_____
                      CLASS ACTION COMPLAINT

1    Plaintiff Hal Collier ("Plaintiff"), individually and on behalf of all others similarly situated,

2  by and through his attorneys, alleges the following upon information and belief, except as to those

3  allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's

4  information and belief is based upon, among other things, his counsel's investigation, which

5  includes without limitation: (a) review and analysis of regulatory filings made by Defendants

6  (defined below) with the Federal Deposit Insurance Commission ("FDIC"), wire and press releases

7  published by First Republic Bank ("First Republic" or the "Company") with the United States

8  ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases

9  and media reports issued by and disseminated by First Republic; and (c) review of other publicly

10  available information concerning First Republic.

11                         **NATURE OF THE ACTION AND OVERVIEW**

12    1.    This is a class action on behalf of persons and entities that purchased or otherwise

13  acquired First Republic securities, or sold put options, between January 14, 2021 and April 27,

14  2023, inclusive (the "Class Period"). Plaintiff pursues claims against the Defendants under the

15  Securities Exchange Act of 1934 (the "Exchange Act").

16    2.    First Republic was a California state-chartered bank and trust company that

17  provides private banking, private business banking, and private wealth management. Specifically,

18  First Republic provided its clients with a wide range of financial products, including residential,

19  commercial, and personal loans, deposit services, and private wealth management, including

20  investment, brokerage, insurance, trust, and foreign exchange services. First Republic targeted

21  high-net worth households and businesses, with a particular focus on sustained client relationships

22  and single-family mortgage lending.

23    3.    On October 14, 2022, the Company announced disappointing third quarter 2022

24  financial results, reporting that First Republic's NII growth had slowed to 20.6% year-over-year

25  (down from 24.1% year-over-year growth the prior quarter) and its NIM had plummeted to 2.71%

26  (down from 2.80% the prior quarter). First Republic attributed the decrease in the Company's

27  NIM to "average funding costs increasing more rapidly than the offsetting increase in the average

28  yields on interest-earning assets."

4.      On this news, First Republic's stock price fell $22.14 per share, or more than 16%, to close at $112.59 per share on October 14, 2022.

5.      Then, on March 8, 2023, SVB Financial Group ("SVB"), the parent company of Silicon Valley Bank announced that it was seeking to raise approximately $2.25 billion in capital due to continued higher interest rates, pressured public and private markets, and elevated levels of deposit attrition. SVB also disclosed that it had sold "substantially all of its available for sale securities portfolio," incurring a loss of approximately $1.8 billion on the sale. In response, SVB's depositors rushed to withdraw their funds out of fear over SVB's solvency. On March 10, 2023, SVB collapsed, and regulators seized control of the bank, placing SVB in FDIC receivership. Investors immediately began to question First Republic's ability to withstand the interest rate environment and remain solvent.

6.      On this news, First Republic's stock price fell $83.79 per share, or more than 72% over three consecutive trading sessions, to close at $31.21 per share on March 13, 2023.

7.      Then, on March 15, 2023, S&P Global Ratings ("S&P") downgraded its long-term issuer credit rating and preferred stock issue rating for First Republic due to the risks of deposit outflows leading to increased funding costs. That same day, Fitch Ratings ("Fitch") announced that it had also downgraded First Republic's credit rating, observing that "FRC's funding and liquidity profile has changed and represents a 'weakest link.'"

8.      On this news, First Republic's stock price fell $8.47 per share, or more than 21%, to close at $31.16 per share on March 15, 2023.

9.      Then, on April 24, 2023, after the market closed, First Republic released its first quarter 2023 financial results and announced that, in response to "unprecedented deposit outflows, the bank enhanced its financial position through access to additional liquidity from the Federal Reserve Bank, the Federal Home Loan Bank, and JP Morgan Chase & Co." Additionally, the Company disclosed that it was "taking steps to reduce expenses, including significant reductions to executive officer compensation, condensing corporate office space, and reducing non-essential projects and activities. The Bank also expects to reduce its workforce by approximately 20-25% in the second quarter."

10.     On this news, First Republic's stock price fell $7.90, or 49.4%, to close at $8.10 per share on April 25, 2023.

11.     On April 28, 2023, various media outlets reported that the FDIC was in talks with several banks for bids on First Republic in the event it went into receivership.

12.     On this news, the price of First Republic common stock fell $2.68 per share, or more than 43%, to close at $3.51 per share on April 28, 2023.

13.     On May 1, 2023, California's Department of Financial Protection and Innovation ("DFPI") announced that it had taken over First Republic and appointed FDIC as receiver. FDIC officials then accepted a bid from JPMorgan "to assume all deposits, including all uninsured deposits, and substantially all assets of First Republic Bank," the DFPI stated. On this news, the price of First Republic common stock declined $3.19 per share, or more than 91%, to close at $0.32 per share on May 4, 2023.

14.     Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants misrepresented the strength of the Company's balance sheet and liquidity position, while also understating the significant pressure rising interest rates posed to First Republic's business model. Defendants also misrepresented the strength of the Company's ability to deliver consistent results across different interest rate environments, the diversity of the Company's deposit funding base, and the Company's ability to generate NII growth and maintain stable NIM.

15.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

16.     The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

17.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

18.     Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District. Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. In addition, the Company's principal executive offices are located in this District.

19.     In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## **PARTIES**

20.     Plaintiff Hal Collier, as set forth in the accompanying certification, incorporated by reference herein, sold First Republic put options during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

21.     Defendant First Republic was a California state-chartered bank and trust company, with principal executive offices in San Francisco, California. During the Class Period, First Republic's common stock traded on the New York Stock Exchange ("NYSE") under the ticker symbol "FRC," and First Republic's preferred stock traded on the NYSE under the ticker symbols "FRC-PrH," "FRC-PrI," "FRC-PrJ," "FRC-PrK," "FRC-PrL," "FRC-PrM," and "FRC-PrN."

22.     Defendant James H. Herbert, II ("Herbert") served as the Company's Chief Executive Officer ("CEO") from 1985 until March 13, 2022. Herbert also served as the Company's Chairman from 2007 until December 31, 2021, and has served as the Company's Executive Chairman since March 2022.

23.     Defendant Hafize Gaye Erkan ("Erkan") served as the Company's President from 2017 until December 31, 2021, and served as the Company's co-CEO from July 2021 until December 31, 2021.

24.     Defendant Michael J. Roffler ("Roffler") has served as the Company's President since January 1, 2022, and CEO since March 2022 (having served as acting CEO from January 2022). Prior to assuming the positions of President and CEO, Roffler served as the Company's Chief Financial Officer ("CFO") from 2015 until December 2021.

25.     Defendant Olga Tsokova ("Tsokova") served as First Republic's Chief Accounting Officer throughout the Class Period. From January 2022 to November 2022, Tsokova also served as the Company's acting CFO. Tsokova has served as the Company's Deputy CFO since November 2022.

26.     Defendant Michael D. Selfridge ("Selfridge") served as the Company's Chief Banking Officer at all relevant times.

27.     Defendant Neal Holland ("Holland") has served as the Company's CFO since November 2022.

28.     Defendants Herbert, Erkan, Roffler, Tsokova, Selfridge, and Holland are collectively referred to herein as the "Individual Defendants."

29.     The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of First Republic's reports to the FDIC, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, i.e., the market. Each of the Individual Defendants was provided with copies of the Company's reports alleged herein to be misleading prior to, or shortly after, their issuance and had the abilIty and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and/or were being concealed from, the public, and that the positive representations that were being made were then materially false and/or misleading.

30.     Defendant KPMG, LLP ("KPMG") is an international accounting firm organized under the laws of the State of Delaware, with principal executive offices in New York, New York. At all relevant times, KPMG audited First Republic's financial statements.

31.     First Republic, the Individual Defendants, and KPMG are collectively referred to herein as "Defendants."

**SUBSTANTIVE ALLEGATIONS**

**Background**

32.     First Republic was a California state-chartered bank and trust company that provides private banking, private business banking, and private wealth management. Specifically, First Republic provided its clients with a wide range of financial products, including residential, commercial, and personal loans, deposit services, and private wealth management, including investment, brokerage, insurance, trust, and foreign exchange services. First Republic targeted high-net worth households and businesses, with a particular focus on sustained client relationships and single-family mortgage lending.

**Materially False and Misleading**

**Statements Issued During the Class Period**

33.     The Class Period begins on January 14, 2021. On that day, First Republic issued a press release for its fourth quarter and full year 2020 financial results, which was also filed with the FDIC on Form 8-K. The press release, among other things, reported that the Company's NII had increased to $892.7 million (up 24% year-over-year) and NIM had increased to 2.73% (up from 2.71% the prior quarter). The same press release quoted Defendant Herbert, stating "First Republic continues to deliver *safe, consistent growth*, reflecting the strength of our client focused service model."

34.     The Company's accompanying earnings conference call held that same day included comments from Defendant Herbert touting First Republic's "***continuing consistent performance under a wide range of economic conditions***" as demonstrating the "stability and long-term nature and power of [its] client service model." Defendant Erkan highlighted to

investors that the Company "continue[d] to maintain *a diversified deposit funding base*." Defendant Roffler further assured investors that First Republic's "balance sheet is very safe."

35.    On February 26, 2021, First Republic filed its 2020 annual report on Form 10-K with the FDIC (the "2020 Annual Report"). The 2020 Annual Report, which was signed by Defendants Roffler, Herbert, Erkan, and Tsokova, reported that, as of December 31, 2020, First Republic had total assets of $143.5 billion and total deposits of $114.9 billion.

36.    The 2020 Annual Report explained that "[t]he level of [NII] is primarily a function of the average balance of interest-earning assets, the average balance of interest-bearing liabilities and the spread between the contractual yield on such assets and the contractual cost of such liabilities." In the 2020 Annual Report, First Republic represented that "[w]e engage in various activities to manage our liquidity risk, including maintaining a diversified set of funding sources and holding sufficient liquid assets to meet our cash flow and funding needs." The Company further represented that "we maintain a contingency funding plan and perform scenario-based stress-testing to ensure resilience in case of expected and unexpected future events." The 2020 Annual Report also stated that "Management believes that the sources of available liquidity are well-diversified and adequate to meet all reasonably foreseeable short-term and intermediate-term demands." In addition, First Republic represented that "[w]e utilize a variety of interest rate risk management tools to evaluate our interest rate risk." Critically, the 2020 Annual Report downplayed and concealed the likelihood and extent of the risks posed to the Company by potential increases to interest rates, any related changes in deposit mix, and resulting deposit outflows.

37.    Defendants Herbert and Roffler provided certifications under the Sarbanes-Oxley Act of 2002 ("SOX"), stating that they had reviewed the 2020 Annual Report and that it "does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report."

38.    The 2020 Annual Report included an audit report signed by the Company's auditor, KPMG, reflecting the results of its audit of First Republic's 2019 and 2020 financial statements.

KPMG certified that "the consolidated financial statements referred to above present fairly, in all material respects, the financial position of the Bank as of December 31, 2020 and 2019, and the results of its operations and its cash flows for each of the years in the three-year period ended December 31, 2020, in conformity with U.S. generally accepted accounting principles."

39.    On April 14, 2021, the Company issued a press release announcing its first quarter 2021 financial results. In the press release, which was also filed with the FDIC on Form 8-K, First Republic reported that its NII had increased to $938.8 million (up 24.8% year-over-year) and NIM had declined modestly to 2.67% (down from 2.73% the prior quarter). First Republic attributed the NIM decline to "higher average cash balances during the quarter."

40.    During the Company's earnings conference call that same day, Defendant Herbert told investors that the Company's "long-term steady approach has led to consistent success through a wide variety of environments" and that First Republic's "strength, safety and soundness continue to be reflected in strong capital, liquidity and credit quality." Defendant Roffler echoed Herbert's claim that First Republic had strong fundamentals, stating that "we run the bank with strong credit, capital, and liquidity at all times."

41.    In response to a question from Morgan Stanley analyst Kenneth Zerbe about the Company's deposit growth, Defendant Erkan explained that First Republic was "***very well positioned to help manage client needs across different macro environments*** with both on and off-balance sheet liquidity solutions, and optimizing our funding mix overall." Responding to a question from Jefferies analyst Casey Haire about the Company's liquidity position, Defendant Erkan stated that "[o]ur liquidity position remains very strong."

42.    On July 13, 2021, the Company issued a press release announcing its second quarter 2021 financial results. In the press release, which was also filed with the FDIC on Form 8-K, First Republic reported that its NII had increased to $1.0 billion (up 27.5% year-over-year) and NIM increased to 2.68% (up from 2.67% the prior quarter).

43.    During the Company's earnings conference call that same day, Defendant Herbert reassured investors that First Republic prioritized "operating in a ***very safe and sound manner***," and Defendant Erkan touted the Company's "diversified deposit funding base."

44.     During the same call, in response to a question from Wolfe Research analyst Bill Carcache regarding the impact short-term interest rate increases would have on the Company, Defendant Herbert stated:

> It probably won't make much difference operationally as to how we run the business. We do run a very matched book . . . so, if you look at our simulation models, *why [the] rising rate environment is not a particularly threatening thing.* The inversion which you implied in your question, I think, is always a little problematic. ***But the real problem buried in an inversion is what it does to the economy generally, not so much what it does to us in the short run.*** Inversions don't last very long. So they generally don't mess with our balance sheet very much.

45.     On October 13, 2021, the Company issued a press release announcing its third quarter 2021 financial results. The press release, which was also filed with the FDIC on Form 8-K, featured a quote from Defendant Erkan again highlighting "the safety and stability of First Republic." The press release also reported that First Republic's NII increased to $1.1 billion (up 26.7% year-over-year), while its NIM decreased modestly to 2.65% (down from 2.68% the prior quarter). The Company attributed the decline in NIM to "higher average cash balances during the quarter."

46.     During the Company's earnings conference call that same day, Defendant Erkan touted First Republic's deposit growth that was "well diversified across client types, regions and industries and a healthy mix of both new and existing clients."

47.     On November 4, 2021, while speaking at the BancAnalysts Association of Boston Conference, Defendant Tsokova highlighted the "consistency and stability of First Republic and ***ability to deliver consistent results over time over different rate environments, different economic cycles."*** Specifically, Defendant Tsokova noted that the Company's NIM had "remained consistent throughout cycles." Tsokova also downplayed the decline in First Republic's NIM, telling investors:

> Obviously, we have recently been experiencing some pressure on the margin because of the higher cash levels, the overall rate environment and competition, but margin continues to be within the kind of stable zone. And we expect to have our margin within our guided range for 2021 [of 2.65% to 2.75%], but most likely on the lower end of the range. But despite some compression or pressure on the margin, one of the important metrics for us is [NII]. And despite the margin pressures we were able to grow . . . interest income.

48.     During the same conference, in response to a question about the Company's NIM in a rising interest rate environment, Defendant Selfridge stated that "*it will stabilize,* and I think we'll continue to grow and I think *we'll continue to be able to manage our NIM within a historic range.*"

49.     On January 14, 2022, the Company issued a press release announcing its fourth quarter and full year 2021 financial results. The press release, which was also filed with the FDIC on Form 8-K, reported that for the fourth quarter of 2021 First Republic had NII of $1.1 billion (up 25.4% year-over-year) and NIM of 2.68% (up from 2.65% the prior quarter).

50.     During the Company's earnings conference call that same day, Defendant Roffler responded to a question from Jefferies analyst Casey Haire about the impact of interest rate hikes on NIM by downplaying and concealing the risk to the Company, explaining that "[t]he reality of it is, we're focused more on [NII] growth than we are what the reported [NIM] might be. And yes, it's been at the lower end of our range for a while, but if you look at our [NII] growth, it's been incredibly strong in the last several quarters."

51.     During the same earnings conference call, Defendant Selfridge touted the strength of the Company's funding, stating:

> In terms of funding, it was an exceptional year. Total deposits were up $41 billion or 36% compared to a year ago. *We continue to maintain a diversified deposit funding base.* Checking deposits represented 72% of total deposits at year-end, our highest level ever; and business deposits represented 60% of total deposits at year-end. The average rate paid on all deposits for the quarter was just 5 basis points, leading to an overall funding cost of just 12 basis points.

52.     On February 28, 2022, First Republic filed its 2021 annual report on Form 10-K with the FDIC (the "2021 Annual Report"). The 2021 Annual Report, which was signed by Defendants Tsokova, Roffler, and Herbert, reported that, as of December 31, 2021, First Republic had total assets of $181.1 billion and total deposits of $156.3 billion.

53.     In connection with First Republic's financial results, the 2021 Annual Report explained that "[t]he level of [NII] is primarily a function of the average balance of interest-earning assets, the average balance of interest-bearing liabilities and the spread between the yield on such assets and the cost of such liabilities." In the 2021 Annual Report, First Republic

represented that "[w]e engage in various activities to manage our liquidity risk, including maintaining a diversified set of funding sources and holding sufficient liquid assets to meet our cash flow and funding needs." The Company further represented that "we maintain a contingency funding plan and perform scenario-based stress-testing to ensure resilience in case of expected and unexpected future events." The 2021 Annual Report also stated that "Management believes that the sources of available liquidity are well-diversified and adequate to meet all reasonably foreseeable short-term and long-term demands." In addition, First Republic represented that "[w]e utilize a variety of interest rate risk management tools to evaluate our interest rate risk." Critically, the 2021 Annual Report downplayed and concealed the likelihood and extent of the risks posed to the Company by potential increases to interest rates and any related changes in deposit mix.

54. As required by SOX, Defendants Roffler and Tsokova certified that they had reviewed the 2021 Annual Report and that it "does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report."

55. The 2021 Annual Report included an audit report signed by the Company's auditor, KPMG, reflecting the results of its audit of First Republic's 2020 and 2021 financial statements. KPMG certified that "the consolidated financial statements referred to above present fairly, in all material respects, the financial position of the Bank as of December 31, 2021 and 2020, and the results of its operations and its cash flows for each of the years in the three-year period ended December 31, 2021, in conformity with U.S. generally accepted accounting principles."

56. On April 13, 2022, the Company issued a press release announcing its first quarter 2022 financial results. In the press release, which was also filed with the FDIC on Form 8-K, First Republic reported NII of $1.1 billion (up 22% year-over-year) and NIM of 2.68% (consistent with the prior quarter). In the press release announcing these results, Defendant Tsokova assessed the Company positively, stating that "[l]oans and deposits grew nicely during the first quarter, while credit quality, liquidity and capital all remained very strong."

57.     During the Company's earnings conference call that same day, Defendant Roffler assured investors that First Republic would fare strongly even as interest rates increased, explaining that "[a]s we look ahead to the rising rate environment, *First Republic remains well-positioned*" and "[o]ur balance sheet is strong and our service model continues to thrive."

58.     Defendant Tsokova echoed these assurances, stating that "[w]ith a consistent focus on credit, capital and liquidity, we continue to operate in a safe and sound manner."

59.     During the same earnings conference call, Defendant Herbert further assured investors that even with increasing interest rates, First Republic's NIM would remain stable and its NII could even expand, stating: "the [interest rate] increase is going to be more violent than we have predicted, but . . . we've redone our forward projections around seven increases if I have that right. *We did seven increases and the NIM stays the same. The NII still can – still expands."*

60.     On July 14, 2022, the Company issued a press release announcing its second quarter 2022 financial results. In the press release, which was also filed with the FDIC on Form 8-K, First Republic reported that NII increased to $1.2 billion (up 24.1% year-over-year) and NIM increased to 2.80% (up from 2.68% the prior quarter). First Republic attributed the increase in NIM to "lower average cash balances, as well as average yields on interest-earning assets increasing more than the offsetting increase in average funding costs."

61.     During the Company's earnings conference call that same day, Defendant Herbert repeated his claim that First Republic "maintain[s] a steadfast focus on long-term *safety and stability."* He further assured investors:

> Our model and our culture have proven to be very successful long-term through all economic cycles. In fact, during times of broader economic uncertainty, our holistic client-centric service is even more valued by our clients. During these times, we often see our new client household acquisition rate increase as it is currently doing. ***Today, our model is stronger than ever.*** This has once again driven our excellent performance during this most recent quarter, and ***we're well positioned to go ahead in the current conditions.***

62.     Defendant Tsokova claimed that "[w]ith a consistent focus on credit, capital and liquidity, *we continue to operate in a safe and sound manner.* Our credit quality remains excellent."

63.     Addressing First Republic's funding, Defendant Selfridge identified the Company's funding base as consisting of "over 90% deposits, which drove an overall funding cost of just 16 basis points" and touted a deposit base that ***"remains well diversified."***

64.     On August 9, 2022, while speaking at the UBS Financial Services Conference, Defendant Roffler assured investors that interest rate increases would positively impact the Company, explaining that "the rise in rates actually gives [bankers] a much greater opportunity to engage with clients and prospects. When we're at a zero interest rate, no one wants to talk to you about a [Certificate of Deposit]." Roffler further represented that "the loan rates are adjusting, our deposit rates are adjusting" and "right now, they're very in balance and right as we would have anticipated them to be in a more challenging environment."

65.     On September 12, 2022, while speaking at the Barclays Global Financial Services Conference, Defendant Roffler assured investors of the Company's "consistency and stability." Further, in discussing First Republic's strategy of promoting Certificates of Deposit ("CDs") in the rising interest rate environment to cultivate client growth, Defendant Tsokova stated:

> So we expect the mix of deposits [is] going to shift. And we start to see more interest with CDs. Our clients are looking for high yield and our CD balances have been quite low over the last few years; run rate is still low.

> And now we start having those conversations, but it's not just about the CDs [ ] couple of promotions that we had over the last few weeks, but it's also having a conversation with the clients by bringing the other relationships, other checking accounts in other banks.

> So we expect to see the CDs percentage of total deposits grow. Historically those percentages were in low-teens to mid-teens and now we're just under 5%. So we expect that to continue to grow towards more historic levels.

66.     The above statements identified in ¶¶ 33-65 were materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants misrepresented the strength of the Company's balance sheet and liquidity position, while also understating the significant pressure rising interest rates posed to First Republic's business model. Defendants also misrepresented the strength of the Company's ability to deliver consistent results across different interest rate environments, the

diversity of the Company's deposit funding base, and the Company's ability to generate NII growth and maintain stable NIM.

67.    The truth began to emerge on October 14, 2022 when the Company announced disappointing third quarter 2022 financial results. Specifically, First Republic reported that NII growth had slowed 20.6% year-over-year (down from 24.1% year-over-year growth the prior quarter) and NIM had plummeted to 2.71% (down from 2.80% the prior quarter). First Republic attributed the decrease in NIM to "average funding costs increasing more rapidly than the offsetting increase in the average yields on interest-earning assets."

68.    On this news, First Republic's stock price fell $22.14, or more than 16%, to close at $112.59 per share on October 14, 2022.

69.    The same day, during an earnings conference call, Defendant Roffler sought to reassure investors that, despite the Company's declining NIM, the current environment created opportunities that would benefit First Republic:

> [S]ince our last call, the Fed increased rates very rapidly. Additionally, the market's expectation for future rate hikes also increased. We have responded to the sharp rise in rates by providing clients with attractive deposit opportunities through CDs and money market accounts. While this client-centric approach puts pressure on our [NIM] in the near term, it will allow us to retain and acquire great clients who will stay with us and grow with us for many years to come.

70.    Similarly, Defendant Herbert continued to represent that the Company's business model was positioned to withstand rising interest rates, stating that "[d]espite the interim rate conditions, our long-term focus always remains, maintaining exceptional credit standards, so we can focus on the future, rather than the past, operating with strong levels of capital to support franchise growth as we serve existing clients and acquire new ones, steady execution of our simple, straightforward model." Herbert further assured investors that "what's going on here is a temporary problem on the margin coming from the steepness of the run-up" and that the Company had a "very, very strong capacity to raise CDs" as First Republic waited for "the mortgage book [to] catch-up in relatively short period of time."

71.    When the Company held its Investor Day on November 9, 2022, First Republic and its executives continued to assure the market of the purported strength and stability of First

Republic's business model. For example, Defendant Roffler represented that "we can be very nimble and entrepreneurial . . . we've had yield curve inversions before where the margin changes a bit over time, and we've had to adapt, and we do so quickly."

72.     On December 7, 2022, while speaking at the Goldman Sachs 2022 US Financial Services Conference, Defendant Roffler touted that "[s]afety and soundness has been a hallmark of the bank for its founding 37 years ago, **safe credit, strong capital levels, and liquidity**." Addressing the "unprecedented rate environment," Roffler downplayed the risks presented by continued interest rate increases, explaining that the Company was focused on growing its customer base:

> [T]he Fed is likely to go probably 50 basis points next week, I'm guessing, and that only is going to increase the inversion and the curve. And again, we think through the long term of that. Right. **We're going to continue to serve clients we're going to continue to deliver for them** and we know that does create a bit of a challenging environment. It's a very competitive environment right now also. But again, that's where service matters in that competitive environment. All right. **I think at the end of the day. If we think forward, one of the great things we do is compound households.** At a continued double-digit low-teen, mid-teen rate on household acquisition. Right.
>
> And that then is a precursor to future growth. And so the delivery of service leads to increased households via through the wealth management business, through some of our CD activities currently or clients who come to us from a relending relationship, when their friend or colleague talk to us. And so **this is a measure of our continued success in our markets if we're growing households** because over time those households do more with us and that is what's led to the growth that I showed in the very first page between loans, deposits, assets or management.

73.     On January 13, 2023, the Company issued a press release announcing its fourth quarter and full year 2022 financial results. The press release, which was also filed with the FDIC on Form 8-K, reported that, for the fourth quarter of 2022, NII had decreased for the first time in fourteen quarters to $1.2 billion (down from $1.3 billion the prior quarter), NII growth stalled at 4.9% year-over-year (down from 20.6% year-over-year growth the prior quarter), and NIM had plummeted even further to 2.45% (down from 2.71% the prior quarter).

74.     Despite declines in both NII and NIM, during the Company's earnings conference call the same day, Defendant Herbert claimed that "it was our best year ever in many ways" and that First Republic's "time-tested business model and service culture continue to perform really

well." Addressing the interest rate environment, Herbert assured investors that the Company would continue to prosper:

> Let me take a moment to provide some perspective on the current rate environment and the Fed tightening cycle as we see it. Since our last call about 90 days ago, the Fed has raised rates another 125 basis points. At the same time, the 10 year treasury has declined 50 basis points. The resulting increased rate inversion has begun to put some pressure on our [NIM] and [NII]. However, history and experience has shown that this type of inverted yield curve has a limited duration. Cycles are just that, they're cycles.

> During First Republic's 37 year history, there have been five tightening cycles. **We've continued to grow and prosper through them and especially after each one.**

75.    Defendant Roffler further assured investors that the Company's prospects were strong, stating:

> As we look to a more challenging year ahead, **we remain well-positioned to deliver safe, strong growth** through the consistent execution of our service focused culture and business model.

> *          *          *

> As Jim mentioned, since mid-November, we've been operating with a challenging yield curve. To help us navigate the margin pressure in the near term, we continue to moderate our expense growth. At the same time, we remain focused on the long-term and continue to leverage our reputation of exceptional service to drive new business and grow total households.

76.    On February 28, 2023, First Republic filed its 2022 annual report on Form 10-K with the FDIC (the "2022 Annual Report"). The 2022 Annual Report, which was signed by Defendants Holland, Roffler, Tsokova, and Herbert, reported that, as of December 31, 2022, First Republic had total assets of $212.6 billion and total deposits of $176.4 billion.

77.    In connection with First Republic's financial results, the 2022 Annual Report explained that "[t]he level of [NII] is primarily a function of the average balance of interest-earning assets, the average balance of interest-bearing liabilities and the spread between the yield on such assets and the cost of such liabilities." In the 2022 Annual Report, First Republic represented that "[w]e engage in various activities to manage our liquidity risk, including maintaining a diversified set of funding sources and holding sufficient liquid assets to meet our cash flow and funding needs." The Company further represented that "we maintain a contingency funding plan and perform scenario-based stress-testing to ensure resilience in case of expected and

unexpected future events." The 2022 Annual Report also stated that "Management believes that the sources of available liquidity are well-diversified and adequate to meet all reasonably foreseeable short-term and long-term demands." In addition, First Republic represented that "[w]e utilize a variety of interest rate risk management tools to evaluate our interest rate risk." Critically, however, the 2022 Annual Report downplayed and concealed the likelihood and extent of the risks posed to the Company by potential increases to interest rates and any related changes in deposit mix.

78.     As required by SOX, Defendants Roffler and Holland certified that they had reviewed the 2022 Annual Report and that it "does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report."

79.     The 2022 Annual Report included an audit report signed by the Company's auditor, KPMG, reflecting the results of its audit of First Republic's 2021 and 2022 financial statements. KPMG certified that "the consolidated financial statements referred to above present fairly, in all material respects, the financial position of the Bank as of December 31, 2022 and 2021, and the results of its operations and its cash flows for each of the years in the three-year period ended December 31, 2022, in conformity with U.S. generally accepted accounting principles."

80.     The above statements identified in ¶¶ 67, 69-79 were materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants misrepresented the strength of the Company's balance sheet and liquidity position, while also understating the significant pressure rising interest rates posed to First Republic's business model. Defendants also misrepresented the strength of the Company's ability to deliver consistent results across different interest rate environments, the diversity of the Company's deposit funding base, and the Company's ability to generate NII growth and maintain stable NIM.

81.     The truth continued to emerge, after the market closed on March 8, 2023, when SVB, the parent company of Silicon Valley Bank (largely considered to be a peer bank of First

Republic) disclosed that it had sold "substantially all" of its $21 billion available-for-sale securities portfolio and incurred a loss of approximately $1.8 billion on that sale. SVB also announced that it was seeking to raise approximately $2.25 billion in capital in what would be a futile attempt to cover deposit withdrawals and shore up its deteriorating balance sheet. Investors immediately grew concerned about First Republic's ability to withstand the rising interest rate environment and called into question the solvency of First Republic, which, like Silicon Valley Bank, catered to wealthy clients and was exposed to the prospect of significant deposit outflows that would stress its liquidity.

82.     Then, on March 10, 2023, Silicon Valley Bank collapsed, and regulators seized control of the bank, placing it in FDIC receivership. That collapse amplified investor concerns about First Republic's liquidity and financial strength.

83.     Although the strength of its business model had been called into question, the Company and its executives continued to insist that First Republic was strongly situated to withstand the challenging economic environment. Specifically, also on March 10, 2023, the Company issued a press release, which was also filed with the FDIC on Form 8-K, in which First Republic reassured investors of its "continued safety and stability and strong capital and liquidity positions." In the press release, First Republic insisted that:

- "First Republic's deposit base is strong and well-diversified";

- "First Republic's liquidity position remains very strong";

- "First Republic's very high-quality investment portfolio is stable and represents a modest percentage of total bank assets";

- "First Republic has consistently maintained a strong capital position with capital levels significantly higher than the regulatory requirements for being considered well-capitalized"; and

- "First Republic has a long-standing track record of exceptional credit quality."

84.     On March 12, 2023, just two days after the Company's assurances that it had strong liquidity, First Republic issued a press release announcing that it had obtained $10 billion of additional borrowing capacity from the Fed and JPMorgan Chase & Co.

85.     As a result of the disclosures on March 8, 2023 through March 12, 2023, First Republic's stock price fell $83.79 per share, or more than 72% over three trading sessions, to close at $31.21 per share on March 13, 2023.

86.     Also, on March 12, 2023, despite the need to have an additional $10 billion in borrowing capacity, in the same press release, which was also filed with the FDIC on Form 8-K, First Republic sought to reassure investors that it had "*further enhanced and diversified its financial position* through access to additional liquidity from the Federal Reserve Bank and JPMorgan Chase & Co." In the press release First Republic explained that "[t]he additional borrowing capacity from the Federal Reserve, continued access to funding through the Federal Home Loan Bank, and ability to access additional financing through JPMorgan Chase & Co. increases, diversifies, and further strengthens First Republic's existing liquidity profile."

87.     The press release also quoted Defendant Herbert, who stated that "First Republic's *capital and liquidity positions are very strong*," and that the Company "*operate[s] with an emphasis on safety and stability at all times, while maintaining a well-diversified deposit base*."

88.     The above statements identified in ¶¶ 83-84, 86-87 were materially false and misleading, and failed to disclose material adverse facts about the Company's business and operations. Specifically, Defendants misrepresented the strength of the Company's balance sheet and liquidity position, while also understating the significant pressure rising interest rates posed to First Republic's business model. Defendants also misrepresented the strength of the Company's ability to deliver consistent results across different interest rate environments, the diversity of the Company's deposit funding base, and the Company's ability to generate NII growth and maintain stable NIM.

**Disclosures at the End of the Class Period**

89.     The truth continued to emerge on March 15, 2023, when S&P downgraded its long-term issuer credit rating on First Republic to "BB+" from "A-," its senior unsecured issue rating to "BB+," its subordinated stock issue rating to "BB-," and its preferred stock issue rating to "B." S&P explained that "we believe the risk of deposit outflows is elevated at First Republic," predicting that "if deposit outflows continue, we expect First Republic would need to rely on its

more costly wholesale borrowings. This would encumber its balance sheet and hurt its modest profitability." Additionally, S&P expressed concern about the concentration of First Republic's deposit base, which it explained "presents heightened funding risks in the current environment." S&P also forecast a negative outlook, explaining "[w]e believe the bank's business position will suffer after the volatile swings in its stock price and heightened media attention surrounding deposit volatility. We think its business stability has weakened as market perceptions of its creditworthiness have declined." S&P also placed its ratings for First Republic on "CreditWatch with negative implications," which it explained "reflects the potential for further funding and liquidity deterioration."

90.     That same day, Fitch also announced that it had downgraded First Republic's Long-Term Issuer Default Rating ("IDR") to "BB" from "A-" and its Short-Term IDR to "B" from "F1," and placed First Republic on "Rating Watch Negative." Fitch characterized the downgrades as the result of its "revised view of FRC's funding and liquidity profile in the current environment," noting that "***Fitch believes that FRC's funding and liquidity profile has changed and represents a 'weakest link' relative to other rating factors***" and explaining that "FRC's ***deposit concentrations*** are now viewed as a rating weakness." Fitch also expressed concern about the Company's "strategic focus on banking wealthy and financially sophisticated customers in select urban coastal markets in the U.S.," explaining "[t]his not only drives a high proportion of uninsured deposits as a percentage of total deposits but also results in deposits that can be less sticky in times of crisis or severe stress." In addition to the downgrades, Fitch placed First Republic's "Viability Rating" on "Rating Watch Negative," explaining that this decision "reflects the uncertain environment for funding and liquidity, despite policy efforts to soothe market and depositor perception."

91.     On this news, First Republic's stock price fell $8.47 per share, or more than 21%, to close at $31.16 per share on March 15, 2023.

92.     On March 16, 2023, the financial media reported that eleven of the largest U.S. banks—including JPMorgan, Bank of America, Wells Fargo, Citigroup, Goldman Sachs, and Morgan Stanley—had joined together to deposit $30 billion with First Republic in an effort to

provide additional liquidity to the bank. After the market closed, First Republic also disclosed that it had already significantly drawn on its borrowing capacity. That draw on credit included First Republic's borrowings from the Federal Reserve Bank as well as an increase in short-term borrowings from the Federal Home Loan Bank, totaling $10 billion.

93. On this news, the price of First Republic common stock declined by $11.24 per share, or nearly 33%, from a closing price of $34.27 per share on March 16, 2023, to a closing price of $23.03 per share on March 17, 2023.

94. The next day, on March 17, 2023, Moody's also downgraded First Republic's credit rating to junk status and noted that Moody's could issue a further downgrade, citing a deterioration in First Republic's financial profile and the challenges the Company faced due to it increased reliance on high-cost funding amid deposit withdrawals. Moody's further noted that, notwithstanding First Republic's receipt of a $30 billion deposit infusion, "the . . . path for the bank back to sustained profitability remains uncertain." In addition, Moody's explained that First Republic "faces the eventual need to sell assets to repay these obligations" and "[t]his could lead to the crystallization of the unrealized losses on its AFS [available-for-sale] or HTM [held-to-maturity] securities." But, Moody's warned "[e]ven if the crystallization of unrealized losses is avoided, . . . the impact on [First Republic's] profitability from higher interest expense will still be significant."

95. Then, on March 19, 2023, investors learned more about First Republic's precarious financial position, when S&P further downgraded the Company's long-term issuer credit rating into "junk" territory, from "BB+" to "B+," also lowering the Company's senior unsecured issue rating to "B+," the Company' subordinated issue rating to "B-," and the Company's preferred stock issue rating to "CCC." S&P opined that "the business faces substantial long-term challenges" and expressed concern that the Company had "tapped higher-cost secured funding extensively over the last week."

96. As a result of the disclosures on March 17, 2023, and March 19, 2023, the price of First Republic common stock declined by $10.85 per share, or more than 47%, from a closing

price of $23.03 per share on March 17, 2023, to a closing price of $12.18 per share on March 20, 2023.

97.     Then, on April 24, 2023, the Company issued a press release announcing its financial results for the first quarter of 2023, ended March 31, 2023. Therein, the Company disclosed:

> In response to the unprecedented deposit outflows, the Bank enhanced its financial position through access to additional liquidity from the Federal Reserve Bank, the Federal Home Loan Bank and JP Morgan Chase & Co. Total borrowings peaked on March 15, 2023, at $138.1 billion. At that time, the Bank had $34.0 billion of cash on its balance sheet. Total borrowings totaled $104.0 billion, and cash and cash equivalents totaled $10.0 billion as of April 21, 2023. This includes $25.5 billion of long-term advances with the Federal Home Loan Bank, compared to $7.3 billion as of December 31, 2022.
>
> As a result of the recent events, the Bank is taking actions to strengthen its business and restructure its balance sheet. These actions include efforts to increase insured deposits, reduce borrowings from the Federal Reserve Bank, and decrease loan balances to correspond with the reduced reliance on uninsured deposits. Through these actions, the Bank intends to reduce the size of its balance sheet, reduce its reliance on short-term borrowings, and address the challenges it continues to face. Refer to the Forward-Looking Statements below.
>
> The Bank is also taking steps to reduce expenses, including significant reductions to executive officer compensation, condensing corporate office space, and reducing non-essential projects and activities. The Bank also expects to reduce its workforce by approximately 20-25% in the second quarter.

98.     On this news, First Republic's stock price fell $7.90, or 49.4%, to close at $8.10 per share on April 25, 2023., on unusually heavy trading volume.

99.     On April 28, 2023, various media outlets reported that the FDIC was in talks with several banks for bids on First Republic in the event it went into receivership.

100.    On this news, the price of First Republic common stock fell $2.68 per share, or more than 43%, to close at $3.51 per share on April 28, 2023.

101.    On May 1, 2023, California's Department of Financial Protection and Innovation ("DFPI") announced that it had taken over First Republic and appointed FDIC as receiver. FDIC officials then accepted a bid from JPMorgan "to assume all deposits, including all uninsured deposits, and substantially all assets of First Republic Bank," the DFPI stated. On this news, the price of First Republic common stock declined $3.19 per share, or more than 91%, to close at $0.32 per share on May 4, 2023.

1

**CLASS ACTION ALLEGATIONS**

2        102.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil

3  Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that

4  purchased or otherwise acquired First Republic securities, or sold put options, between January

5  14, 2021 and April 27, 2023, inclusive, and who were damaged thereby (the "Class"). Excluded

6  from the Class are Defendants, the officers and directors of the Company, at all relevant times,

7  members of their immediate families and their legal representatives, heirs, successors, or assigns,

8  and any entity in which Defendants have or had a controlling interest.

9        103.    The members of the Class are so numerous that joinder of all members is

10 impracticable. Throughout the Class Period, First Republic's shares actively traded on the NYSE.

11 While the exact number of Class members is unknown to Plaintiff at this time and can only be

12 ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or

13 thousands of members in the proposed Class. Millions of First Republic shares were traded

14 publicly during the Class Period on the NYSE. Record owners and other members of the Class

15 may be identified from records maintained by First Republic or its transfer agent and may be

16 notified of the pendency of this action by mail, using the form of notice similar to that customarily

17 used in securities class actions.

18       104.    Plaintiff's claims are typical of the claims of the members of the Class as all

19 members of the Class are similarly affected by Defendants' wrongful conduct in violation of

20 federal law that is complained of herein.

21       105.    Plaintiff will fairly and adequately protect the interests of the members of the Class

22 and has retained counsel competent and experienced in class and securities litigation.

23       106.    Common questions of law and fact exist as to all members of the Class and

24 predominate over any questions solely affecting individual members of the Class. Among the

25 questions of law and fact common to the Class are:

26              (a)     whether the federal securities laws were violated by Defendants' acts as

27 alleged herein;

28

1          (b)     whether statements made by Defendants to the investing public during the

2    Class Period omitted and/or misrepresented material facts about the business, operations, and

3    prospects of First Republic; and

4          (c)     to what extent the members of the Class have sustained damages and the

5    proper measure of damages.

6          107.    A class action is superior to all other available methods for the fair and efficient

7    adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the

8    damages suffered by individual Class members may be relatively small, the expense and burden of

9    individual litigation makes it impossible for members of the Class to individually redress the

10   wrongs done to them. There will be no difficulty in the management of this action as a class

11   action.

12              **UNDISCLOSED ADVERSE FACTS**

13         108.    The market for First Republic's securities was open, well-developed and efficient at

14   all relevant times. As a result of these materially false and/or misleading statements, and/or

15   failures to disclose, First Republic's securities traded at artificially inflated prices during the Class

16   Period. Plaintiff and other members of the Class purchased or otherwise acquired First Republic's

17   securities, or sold put options, relying upon the integrity of the market price of the Company's

18   securities and market information relating to First Republic, and have been damaged thereby.

19         109.    During the Class Period, Defendants materially misled the investing public, thereby

20   inflating the price of First Republic's securities, by publicly issuing false and/or misleading

21   statements and/or omitting to disclose material facts necessary to make Defendants' statements, as

22   set forth herein, not false and/or misleading. The statements and omissions were materially false

23   and/or misleading because they failed to disclose material adverse information and/or

24   misrepresented the truth about First Republic's business, operations, and prospects as alleged

25   herein.

26         110.    At all relevant times, the material misrepresentations and omissions particularized

27   in this Complaint directly or proximately caused or were a substantial contributing cause of the

28   damages sustained by Plaintiff and other members of the Class. As described herein, during the

Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about First Republic's financial well-being and prospects. These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, or selling put options at artificially deflated prices, thus causing the damages complained of herein when the truth was revealed.

## LOSS CAUSATION

111.    Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

112.    During the Class Period, Plaintiff and the Class purchased First Republic's securities at artificially inflated prices or sold put options at artificially deflated prices and were damaged thereby. The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

113.    As alleged herein, Defendants acted with scienter since Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding First Republic, their control over, and/or receipt and/or modification of First Republic's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential

proprietary information concerning First Republic, participated in the fraudulent scheme alleged herein.

## APPLICABILITY OF PRESUMPTION OF RELIANCE

## (FRAUD-ON-THE-MARKET DOCTRINE)

114.    The market for First Republic's securities was open, well-developed and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose, First Republic's securities traded at artificially inflated prices during the Class Period. On November 17, 2021, the Company's share price closed at a Class Period high of $222.86 per share. Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities or sold put options relying upon the integrity of the market price of First Republic's securities and market information relating to First Republic, and have been damaged thereby.

115.    During the Class Period, the artificial inflation of First Republic's shares was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about First Republic's business, prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of First Republic and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, or selling put options at artificially deflated prices, and each of them has been damaged as a result.

116.    At all relevant times, the market for First Republic's securities was an efficient market for the following reasons, among others:

        (a)     First Republic shares met the requirements for listing, and was listed and actively traded on the NYSE, a highly efficient and automated market;

1        (b)     As a regulated issuer, First Republic filed periodic public reports with the

2  SEC and/or the NYSE;

3        (c)     First Republic regularly communicated with public investors via established

4  market communication mechanisms, including through regular dissemination of press releases on

5  the national circuits of major newswire services and through other wide-ranging public

6  disclosures, such as communications with the financial press and other similar reporting services;

7  and/or

8        (d)     First Republic was followed by securities analysts employed by brokerage

9  firms who wrote reports about the Company, and these reports were distributed to the sales force

10  and certain customers of their respective brokerage firms. Each of these reports was publicly

11  available and entered the public marketplace.

12      117.   As a result of the foregoing, the market for First Republic's securities promptly

13  digested current information regarding First Republic from all publicly available sources and

14  reflected such information in First Republic's share price. Under these circumstances, all

15  purchasers of First Republic's securities during the Class Period suffered similar injury through

16  their purchase of First Republic's securities at artificially inflated prices and a presumption of

17  reliance applies. The same is true for sellers of put options.

18      118.   A Class-wide presumption of reliance is also appropriate in this action under the

19  Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972),

20  because the Class's claims are, in large part, grounded on Defendants' material misstatements

21  and/or omissions. Because this action involves Defendants' failure to disclose material adverse

22  information regarding the Company's business operations and financial prospects—information

23  that Defendants were obligated to disclose—positive proof of reliance is not a prerequisite to

24  recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable

25  investor might have considered them important in making investment decisions. Given the

26  importance of the Class Period material misstatements and omissions set forth above, that

27  requirement is satisfied here.

28

## NO SAFE HARBOR

119.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of First Republic who knew that the statement was false when made.

## FIRST CLAIM

### Violation of Section 10(b) of The Exchange Act and

### Rule 10b-5 Promulgated Thereunder

### Against All Defendants

120.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

121.    During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase First Republic's securities at artificially inflated prices or sell put options at artificially deflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

122.    Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the

statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for First Republic's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

123. Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about First Republic's financial well-being and prospects, as specified herein.

124. Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of First Republic's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about First Republic and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities and sellers of the Company's put options during the Class Period.

125. Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances,

operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

126.   Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing First Republic's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

127.   As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of First Republic's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired First Republic's securities during the Class Period at artificially high prices and sold put options at artificially deflated values and were damaged thereby.

128.   At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that First Republic was experiencing, which were not disclosed by Defendants, Plaintiff and other

members of the Class would not have purchased or otherwise acquired their First Republic securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

129.    By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

130.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## SECOND CLAIM

### Violation of Section 20(a) of The Exchange Act

### Against the Individual Defendants

131.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

132.    Individual Defendants acted as controlling persons of First Republic within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

133.    In particular, Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the

particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

134.    As set forth above, First Republic and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases and sales of the Company's securities during the Class Period.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)    Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)    Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)    Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)    Such other and further relief as the Court may deem just and proper.

1

## **JURY TRIAL DEMANDED**

2

    Plaintiff hereby demands a trial by jury.

3

4

DATED:  June 22, 2023

**GLANCY PRONGAY & MURRAY LLP**

5

By:   *s/ Charles H. Linehan*

6

Robert V. Prongay
Charles Linehan
Pavithra Rajesh

7

1925 Century Park East, Suite 2100
Los Angeles, California 90067

8

Telephone: (310) 201-9150
Facsimile: (310) 201-9160

9

Email: rprongay@glancylaw.com

10

        clinehan@glancylaw.com
        prajesh@glancylaw.com

11

12

*Counsel for Plaintiff Hal Collier*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SWORN CERTIFICATION OF PLAINTIFF

## FIRST REPUBLIC BANK SECURITIES LITIGATION

I, Hal Collier, individually and as assignee of the claims of Nancy Collier, and on behalf of Nsecur 303 Limited Partnership and C1 Bundle, Limited Partnership (the "Partnerships"), certify that:

1.    I am duly authorized to institute legal action on behalf of the Partnerships, including legal action against First Republic Bank, and other defendants.

2.    Nancy Collier is my spouse, and has assigned to me all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that she has or may have arising from violations of the federal securities laws of the United States of America in connection with her purchase, acquisition, or sale of First Republic Bank securities.

3.    I have reviewed the complaint in this action, adopt its allegations, and authorize its filing and the filing of a Lead Plaintiff motion on behalf of myself and the Partnerships.

4.    The First Republic Bank securities that are the subject of this action were not purchased or sold at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

5.    I and the Partnerships are willing to serve as representative parties on behalf of a class and I will testify at deposition and trial, if necessary.

6.    The transactions in First Republic Bank securities that are the subject of the complaint during the class period specified in the complaint are as follows:

       (See attached transactions)

7.    I and the Partnerships have not sought to serve, nor served, as representative parties on behalf of a class under this title during the last three years.

8.    I and the Partnerships will not accept any payment for serving as representative parties, except to receive our pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

| | |
|---|---|
| 6/16/2023 | *Hal Collier* |
| Date | Hal Collier |

**Hal Collier's Transactions in First Republic Bank (FRC)**

**Account 1 Common Stock**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 3/20/2023 | Bought | 1,000 | $12.1000 |
| 3/20/2023 | Bought | 1,000 | $12.5100 |
| 3/21/2023 | Sold | -1,000 | $17.4900 |
| 3/21/2023 | Sold | -1,000 | $17.8900 |
| 4/27/2023 | Sold | -1,000 | $6.1811 |
| 4/27/2023 | Sold | -1,000 | $6.1590 |
| 4/27/2023 | Sold | -1,000 | $6.1900 |
| 4/27/2023 | Sold | -1,000 | $6.2400 |
| 4/27/2023 | Sold | -1,000 | $6.2201 |
| 4/27/2023 | Sold | -1,000 | $6.1901 |
| 4/27/2023 | Sold | -1,000 | $6.2825 |
| 4/27/2023 | Sold | -1,000 | $6.3000 |
| 4/27/2023 | Sold | -1,000 | $6.4100 |
| 4/27/2023 | Sold | -623 | $6.3650 |
| 4/27/2023 | Sold | -375 | $6.3600 |
| 4/27/2023 | Sold | -2 | $6.3550 |
| 4/27/2023 | Sold | -1,000 | $6.3800 |
| 5/4/2023 | Bought | 4,000 | $0.2730 |
| 5/4/2023 | Bought | 4,200 | $0.2699 |
| 5/4/2023 | Bought | 2,476 | $0.2684 |
| 5/4/2023 | Bought | 324 | $0.2680 |
| 5/5/2023 | Bought | 4,800 | $40.0000 |
| 5/5/2023 | Sold | -2,000 | $0.2900 |
| 5/5/2023 | Sold | -2,800 | $0.3180 |
| 5/9/2023 | Bought | 500 | $40.0000 |
| 5/9/2023 | Sold | -500 | $0.3893 |
| 5/10/2023 | Bought | 2,100 | $40.0000 |
| 5/10/2023 | Sold | -2,100 | $0.4395 |
| 5/11/2023 | Bought | 600 | $40.0000 |
| 5/11/2023 | Sold | -600 | $0.4500 |
| 5/22/2023 | Bought | 20,000 | $5.0000 |
| 5/22/2023 | Bought | 4,000 | $25.0000 |
| 5/23/2023 | Sold | -2,000 | $0.3500 |
| 5/23/2023 | Sold | -3,000 | $0.3500 |
| 5/23/2023 | Sold | -3,000 | $0.3489 |
| 5/23/2023 | Sold | -3,000 | $0.3489 |
| 5/23/2023 | Sold | -3,000 | $0.3489 |
| 5/23/2023 | Sold | -289 | $0.3490 |

**Account 2 Common Stock**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/13/2023 | Bought | 1,000 | $29.9600 |
| 3/13/2023 | Bought | 1,000 | $28.2020 |
| 3/13/2023 | Bought | 1,000 | $27.8660 |
| 3/14/2023 | Sold | -1,000 | $39.9900 |
| 3/14/2023 | Sold | -1,000 | $43.9900 |
| 3/14/2023 | Sold | -500 | $46.9800 |
| 3/14/2023 | Sold | -500 | $47.9800 |
| 3/20/2023 | Bought | 1,000 | $14.0200 |
| 3/20/2023 | Bought | 1,000 | $12.4755 |
| 3/21/2023 | Sold | -1,000 | $18.4900 |
| 3/21/2023 | Sold | -1,000 | $18.8400 |
| 3/21/2023 | Sold | -1,000 | $18.8500 |
| 4/3/2023 | Sold | -1,000 | $14.5229 |
| 4/10/2023 | Bought | 1,000 | $13.9080 |
| 4/11/2023 | Bought | 1,000 | $14.1586 |
| 4/21/2023 | Bought | 4,300 | $25.0000 |
| 4/24/2023 | Sold | -1,000 | $15.4100 |
| 4/24/2023 | Sold | -1,000 | $15.9720 |
| 4/24/2023 | Sold | -1,000 | $15.9926 |
| 4/24/2023 | Sold | -1,000 | $16.1808 |
| 4/24/2023 | Sold | -1,000 | $16.0439 |
| 4/27/2023 | Sold | -1,000 | $6.5900 |
| 4/27/2023 | Sold | -1,000 | $6.2100 |
| 4/27/2023 | Sold | -1,000 | $6.1900 |
| 4/27/2023 | Sold | -1,000 | $6.2100 |
| 4/27/2023 | Sold | -1,000 | $6.2700 |
| 4/27/2023 | Sold | -1,000 | $6.2400 |
| 4/27/2023 | Sold | -1,000 | $6.3000 |
| 4/27/2023 | Sold | -1,000 | $6.2500 |
| 4/27/2023 | Sold | -1,000 | $6.3015 |
| 4/27/2023 | Sold | -1,000 | $6.3400 |
| 4/27/2023 | Sold | -1,000 | $6.4000 |
| 4/27/2023 | Sold | -1,000 | $6.2900 |
| 4/27/2023 | Sold | -1,000 | $6.2100 |
| 4/27/2023 | Sold | -1,000 | $6.2000 |
| 4/27/2023 | Sold | -1,000 | $6.2000 |
| 4/27/2023 | Sold | -1,000 | $6.2900 |
| 4/27/2023 | Sold | -1,000 | $6.2500 |
| 4/27/2023 | Sold | -1,000 | $6.2900 |
| 4/27/2023 | Sold | -1,000 | $6.3600 |
| 4/27/2023 | Sold | -1,000 | $6.3900 |
| 4/27/2023 | Sold | -1,000 | $6.3800 |
| 4/27/2023 | Sold | -1,000 | $6.3200 |
| 4/27/2023 | Sold | -1,000 | $6.3600 |
| 4/27/2023 | Sold | -1,000 | $6.3600 |
| 4/27/2023 | Sold | -1,000 | $6.3800 |

| 4/27/2023 | Sold | -1,000 | $6.3600 |
| 4/27/2023 | Sold | -1,000 | $6.3600 |
| 4/27/2023 | Sold | -1,000 | $6.2700 |
| 4/27/2023 | Sold | -1,000 | $6.2900 |
| 4/27/2023 | Sold | -1,000 | $6.3100 |
| 4/27/2023 | Sold | -1,000 | $6.2900 |
| 4/27/2023 | Sold | -1,000 | $6.2730 |
| 4/27/2023 | Sold | -1,000 | $6.2820 |
| 4/27/2023 | Sold | -1,000 | $6.3400 |
| 4/27/2023 | Sold | -1,000 | $6.2900 |
| 4/27/2023 | Sold | -1,000 | $6.3400 |
| 4/27/2023 | Sold | -1,000 | $6.3500 |
| 4/27/2023 | Sold | -1,000 | $6.3500 |
| 4/27/2023 | Sold | -1,000 | $6.3900 |
| 4/27/2023 | Sold | -1,000 | $6.4100 |
| 4/27/2023 | Sold | -1,000 | $6.4200 |
| 4/27/2023 | Sold | -1,000 | $6.5115 |
| 4/27/2023 | Sold | -1,000 | $6.5100 |
| 4/27/2023 | Sold | -1,000 | $6.6200 |
| 4/27/2023 | Sold | -626 | $6.6414 |
| 4/27/2023 | Sold | -100 | $6.4900 |
| 4/28/2023 | Sold | -1,000 | $6.6900 |
| 4/28/2023 | Bought | 1,000 | $2.1100 |
| 4/28/2023 | Bought | 1,000 | $2.0100 |
| 4/28/2023 | Sold | -1,000 | $1.7900 |
| 4/28/2023 | Sold | -1,000 | $1.8412 |
| 4/28/2023 | Sold | -1,000 | $1.7700 |
| 4/28/2023 | Sold | -1,000 | $1.8000 |
| 4/28/2023 | Sold | -1,000 | $1.8000 |
| 4/28/2023 | Sold | -1,000 | $1.7814 |
| 4/28/2023 | Sold | -1,000 | $1.9400 |
| 4/28/2023 | Sold | -1,000 | $1.9600 |
| 5/3/2023 | Bought | 1,600 | $25.0000 |
| 5/3/2023 | Bought | 1,600 | $4.0000 |
| 5/3/2023 | Bought | 3,100 | $40.0000 |
| 5/4/2023 | Bought | 3,000 | $0.3011 |
| 5/4/2023 | Bought | 3,000 | $0.3022 |
| 5/4/2023 | Bought | 3,000 | $0.3022 |
| 5/4/2023 | Bought | 3,000 | $0.2971 |
| 5/4/2023 | Bought | 3,000 | $0.2911 |
| 5/4/2023 | Bought | 3,000 | $0.2912 |
| 5/4/2023 | Bought | 3,000 | $0.2931 |
| 5/4/2023 | Bought | 3,000 | $0.2811 |
| 5/4/2023 | Bought | 3,000 | $0.2797 |
| 5/4/2023 | Bought | 100 | $40.0000 |
| 5/5/2023 | Sold | -3,000 | $0.3497 |
| 5/5/2023 | Bought | 8,000 | $25.0000 |
| 5/8/2023 | Bought | 200 | $16.0000 |

| Date | Type | Quantity | Price |
|------|------|---------:|------:|
| 5/8/2023 | Bought | 600 | $25.0000 |
| 5/9/2023 | Sold | -3,000 | $0.3897 |
| 5/9/2023 | Sold | -3,000 | $0.3989 |
| 5/9/2023 | Sold | -3,000 | $0.4197 |
| 5/9/2023 | Sold | -3,000 | $0.4312 |
| 5/9/2023 | Sold | -3,000 | $0.4313 |
| 5/9/2023 | Bought | 1,300 | $40.0000 |
| 5/9/2023 | Bought | 2,500 | $25.0000 |
| 5/10/2023 | Bought | 1,300 | $40.0000 |
| 5/10/2023 | Bought | 200 | $25.0000 |
| 5/11/2023 | Bought | 1,300 | $4.0000 |
| 5/11/2023 | Bought | 800 | $16.0000 |
| 5/12/2023 | Bought | 100 | $40.0000 |
| 5/15/2023 | Bought | 200 | $25.0000 |
| 5/18/2023 | Sold | -3,000 | $0.3903 |
| 5/18/2023 | Sold | -3,000 | $0.3919 |
| 5/18/2023 | Sold | -3,000 | $0.3914 |
| 5/18/2023 | Sold | -3,000 | $0.3913 |
| 5/19/2023 | Sold | -2,000 | $0.3940 |
| 5/19/2023 | Sold | -2,000 | $0.3939 |
| 5/19/2023 | Sold | -2,000 | $0.3947 |
| 5/19/2023 | Sold | -2,000 | $0.3937 |
| 5/19/2023 | Sold | -2,000 | $0.3941 |
| 5/19/2023 | Sold | -2,000 | $0.3999 |
| 5/19/2023 | Bought | 5,000 | $5.0000 |
| 5/19/2023 | Bought | 17,100 | $4.0000 |
| 5/19/2023 | Bought | 29,000 | $25.0000 |
| 5/19/2023 | Bought | 1,100 | $40.0000 |
| 5/22/2023 | Sold | -2,000 | $0.3949 |
| 5/22/2023 | Sold | -3,000 | $0.3988 |
| 5/22/2023 | Sold | -2,674 | $0.3653 |

### Account 1 Options

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|------|------------------|---------------|--------------|---------:|------:|
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -40 | $11.1000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -6 | $12.9800 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -14 | $12.9000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $11.9000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $11.9000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $12.9000 |
| 4/25/2023 | Sold | Put | May 19 2023 / $5 | -100 | $1.2500 |
| 4/25/2023 | Sold | Put | May 19 2023 / $5 | -100 | $1.2500 |
| 5/5/2023 | Assigned | Put | May 19 2023 / $40 | 48 | $0.0000 |
| 5/9/2023 | Assigned | Put | May 19 2023 / $40 | 5 | $0.0000 |
| 5/10/2023 | Assigned | Put | May 19 2023 / $40 | 21 | $0.0000 |
| 5/11/2023 | Assigned | Put | May 19 2023 / $40 | 6 | $0.0000 |
| 5/22/2023 | Assigned | Put | May 19 2023 / $25 | 40 | $0.0000 |
| 5/22/2023 | Assigned | Put | May 19 2023 / $5 | 200 | $0.0000 |

**Account 2 Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|------|------------------|---------------|--------------|----------|-------|
| 3/13/2023 | Sold | Put | Apr 21 2023 / $25 | -20 | $9.2000 |
| 3/13/2023 | Sold | Put | Apr 21 2023 / $25 | -20 | $10.5000 |
| 3/13/2023 | Sold | Put | Apr 21 2023 / $25 | -3 | $10.5000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -10 | $10.9000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -10 | $11.1000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -10 | $11.4000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -10 | $11.6000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -10 | $11.9000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -10 | $11.9000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -10 | $11.9000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -10 | $12.1300 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -10 | $11.9000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -10 | $11.9000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -10 | $11.2000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -20 | $11.2500 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -10 | $11.4000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -20 | $11.4000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -30 | $11.4200 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -30 | $11.3500 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -30 | $11.0000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -30 | $11.3000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -30 | $11.3000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -30 | $11.3000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -30 | $11.3800 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -20 | $11.5000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -20 | $11.5000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $12.9000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $12.9000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $13.0000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $13.2000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $13.7000 |
| 3/20/2023 | Bought | Put | May 19 2023 / $40 | 10 | $27.9000 |
| 4/10/2023 | Bought | Put | May 19 2023 / $40 | 10 | $26.5000 |
| 4/11/2023 | Bought | Put | May 19 2023 / $40 | 10 | $26.2000 |
| 4/21/2023 | Assigned | Put | Apr 21 2023 / $25 | 43 | $0.0000 |
| 4/24/2023 | Sold | Put | May 19 2023 / $16 | -10 | $3.1400 |
| 4/25/2023 | Sold | Put | May 19 2023 / $4 | -100 | $0.9300 |
| 4/25/2023 | Sold | Put | May 19 2023 / $4 | -100 | $0.9300 |
| 4/25/2023 | Sold | Put | May 19 2023 / $5 | -50 | $1.2500 |
| 4/27/2023 | Sold | Call | May 19 2023 / $6 | -50 | $2.2800 |
| 5/3/2023 | Assigned | Put | May 19 2023 / $4 | 16 | $0.0000 |
| 5/3/2023 | Assigned | Put | May 19 2023 / $40 | 31 | $0.0000 |
| 5/4/2023 | Assigned | Put | May 19 2023 / $40 | 1 | $0.0000 |
| 5/5/2023 | Assigned | Put | May 19 2023 / $25 | 80 | $0.0000 |
| 5/8/2023 | Assigned | Put | May 19 2023 / $16 | 2 | $0.0000 |

| | | | | | |
|---|---|---|---|---|---|
| 5/8/2023 | Assigned | Put | May 19 2023 / $25 | 6 | $0.0000 |
| 5/9/2023 | Assigned | Put | May 19 2023 / $25 | 25 | $0.0000 |
| 5/9/2023 | Assigned | Put | May 19 2023 / $40 | 13 | $0.0000 |
| 5/10/2023 | Assigned | Put | May 19 2023 / $40 | 13 | $0.0000 |
| 5/11/2023 | Assigned | Put | May 19 2023 / $4 | 13 | $0.0000 |
| 5/11/2023 | Assigned | Put | May 19 2023 / $16 | 8 | $0.0000 |
| 5/11/2023 | Bought | Put | May 19 2023 / $25 | 1 | $24.5000 |
| 5/12/2023 | Bought | Put | May 19 2023 / $25 | 7 | $24.5000 |
| 5/12/2023 | Assigned | Put | May 19 2023 / $40 | 1 | $0.0000 |
| 5/19/2023 | Expired | Call | May 19 2023 / $6 | 50 | $0.0000 |
| 5/19/2023 | Assigned | Put | May 19 2023 / $4 | 171 | $0.0000 |
| 5/19/2023 | Assigned | Put | May 19 2023 / $5 | 50 | $0.0000 |
| 5/19/2023 | Bought | Put | May 19 2023 / $25 | 1 | $24.5600 |
| 5/19/2023 | Assigned | Put | May 19 2023 / $25 | 290 | $0.0000 |
| 5/19/2023 | Assigned | Put | May 19 2023 / $40 | 11 | $0.0000 |

**Nancy Collier's Transactions in First Republic Bank (FRC)**

| | Common Stock | | |
|---|---|---|---|
| **Date** | **Transaction Type** | **Quantity** | **Unit Price** |
| 4/3/2023 | Sold | -1,000 | $14.5301 |
| 4/4/2023 | Sold | -1,000 | $14.6800 |
| 4/27/2023 | Sold | -646 | $6.1700 |
| 4/27/2023 | Sold | -354 | $6.1699 |
| 4/27/2023 | Sold | -1,000 | $6.1600 |
| 4/27/2023 | Sold | -1,000 | $6.1900 |
| 4/27/2023 | Sold | -1,000 | $6.1801 |
| 4/27/2023 | Sold | -1,000 | $6.1600 |
| 4/27/2023 | Sold | -1,000 | $6.2503 |
| 4/27/2023 | Sold | -1,000 | $6.2400 |
| 4/27/2023 | Sold | -1,000 | $6.2350 |
| 4/27/2023 | Sold | -1,000 | $6.2800 |
| 4/27/2023 | Sold | -1,000 | $6.3001 |
| 4/27/2023 | Sold | -1,000 | $6.3214 |
| 4/27/2023 | Sold | -1,000 | $6.3400 |
| 4/27/2023 | Sold | -1,000 | $6.2900 |
| 4/27/2023 | Sold | -1,000 | $6.2509 |
| 5/4/2023 | Bought | 2,200 | $25.0000 |
| 5/4/2023 | Bought | 2,293 | $0.2721 |
| 5/4/2023 | Bought | 1,707 | $0.2720 |
| 5/4/2023 | Bought | 5,000 | $0.3010 |
| 5/4/2023 | Bought | 4,800 | $0.3010 |
| 5/5/2023 | Bought | 2,800 | $35.0000 |
| 5/5/2023 | Sold | -2,800 | $0.3231 |
| 5/9/2023 | Bought | 100 | $35.0000 |
| 5/10/2023 | Bought | 200 | $35.0000 |
| 5/10/2023 | Sold | -300 | $0.4395 |
| 5/12/2023 | Bought | 11,500 | $4.0000 |
| 5/12/2023 | Bought | 3,700 | $35.0000 |
| 5/16/2023 | Sold | -3,000 | $0.3810 |
| 5/16/2023 | Sold | -4,000 | $0.3820 |
| 5/16/2023 | Sold | -500 | $0.3828 |
| 5/16/2023 | Sold | -2,500 | $0.3810 |
| 5/16/2023 | Sold | -3,000 | $0.3915 |
| 5/16/2023 | Sold | -2,200 | $0.3900 |
| 5/22/2023 | Bought | 13,500 | $4.0000 |
| 5/22/2023 | Bought | 16,800 | $25.0000 |
| 5/22/2023 | Bought | 1,200 | $35.0000 |
| 5/22/2023 | Sold | -3,000 | $0.3830 |
| 5/22/2023 | Sold | -5,000 | $0.3830 |
| 5/22/2023 | Sold | -4,000 | $0.3830 |
| 5/22/2023 | Sold | -4,000 | $0.3835 |
| 5/22/2023 | Sold | -3,500 | $0.3830 |

| 5/22/2023 | Sold | | | -3,000 | $0.3826 |
| 5/22/2023 | Sold | | | -3,000 | $0.3828 |
| 5/22/2023 | Sold | | | -3,000 | $0.3835 |
| 5/22/2023 | Sold | | | -3,000 | $0.3835 |

## Options

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|------|------------------|---------------|--------------|----------|-------|
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -40 | $11.0000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -50 | $11.0000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -50 | $11.0000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -50 | $11.1900 |
| 3/14/2023 | Sold | Put | May 19 2023 / $35 | -20 | $11.9000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $35 | -20 | $11.9000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $35 | -20 | $11.9000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $35 | -20 | $12.0000 |
| 4/25/2023 | Sold | Put | May 19 2023 / $4 | -100 | $0.9000 |
| 4/25/2023 | Sold | Put | May 19 2023 / $4 | -100 | $0.9000 |
| 4/25/2023 | Sold | Put | May 19 2023 / $4 | -50 | $0.9000 |
| 5/4/2023 | Assigned | Put | May 19 2023 / $25 | 22 | $0.0000 |
| 5/5/2023 | Assigned | Put | May 19 2023 / $35 | 28 | $0.0000 |
| 5/9/2023 | Assigned | Put | May 19 2023 / $35 | 1 | $0.0000 |
| 5/10/2023 | Assigned | Put | May 19 2023 / $35 | 2 | $0.0000 |
| 5/12/2023 | Assigned | Put | May 19 2023 / $35 | 37 | $0.0000 |
| 5/12/2023 | Assigned | Put | May 19 2023 / $4 | 115 | $0.0000 |
| 5/22/2023 | Assigned | Put | May 19 2023 / $25 | 168 | $0.0000 |
| 5/22/2023 | Assigned | Put | May 19 2023 / $35 | 12 | $0.0000 |
| 5/22/2023 | Assigned | Put | May 19 2023 / $4 | 135 | $0.0000 |

**C1 Bundle Limited Partnership's Transactions in First Republic Bank (FRC)**

**Common Stock**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 3/20/2023 | Bought | 1,000 | $13.4676 |
| 3/21/2023 | Sold | -1,000 | $17.0200 |
| 4/24/2023 | Sold | -1,000 | $15.1400 |
| 4/24/2023 | Sold | -1,000 | $15.7303 |
| 4/24/2023 | Sold | -1,000 | $16.5000 |
| 4/27/2023 | Sold | -1,000 | $6.3400 |
| 4/27/2023 | Sold | -627 | $6.3816 |
| 4/28/2023 | Sold | -100 | $6.5800 |
| 4/28/2023 | Sold | -500 | $6.5700 |
| 4/28/2023 | Bought | 1,000 | $2.1100 |
| 4/28/2023 | Bought | 1,000 | $2.0100 |
| 4/28/2023 | Sold | -1,000 | $1.8300 |
| 4/28/2023 | Sold | -1,000 | $1.8200 |
| 4/28/2023 | Sold | -400 | $1.8453 |
| 5/3/2023 | Bought | 900 | $4.0000 |
| 5/4/2023 | Bought | 8,000 | $40.0000 |
| 5/5/2023 | Sold | -3,000 | $0.3499 |
| 5/5/2023 | Sold | -3,273 | $0.3529 |
| 5/5/2023 | Sold | -2,000 | $0.3400 |
| 5/5/2023 | Sold | -3,000 | $0.3394 |
| 5/5/2023 | Sold | -3,000 | $0.3489 |
| 5/9/2023 | Sold | -3,000 | $0.3815 |
| 5/11/2023 | Bought | 6,900 | $4.0000 |
| 5/16/2023 | Sold | -3,000 | $0.3983 |
| 5/16/2023 | Sold | -3,000 | $0.3960 |
| 5/16/2023 | Sold | -3,000 | $0.3960 |
| 5/16/2023 | Sold | -3,000 | $0.3939 |
| 5/18/2023 | Sold | -3,000 | $0.3900 |
| 5/18/2023 | Sold | -2,500 | $0.3897 |
| 5/18/2023 | Sold | -1,000 | $0.3900 |
| 5/19/2023 | Bought | 22,000 | $4.0000 |
| 5/19/2023 | Bought | 4,000 | $25.0000 |

**Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|------|------------------|---------------|--------------|----------|-------|
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -20 | $11.1000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -20 | $11.3000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $12.6000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $12.6000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $12.7000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $12.9000 |
| 4/25/2023 | Sold | Put | May 19 2023 / $4 | -100 | $0.9000 |
| 4/25/2023 | Sold | Put | May 19 2023 / $4 | -100 | $0.9000 |

| 4/25/2023 | Sold | Put | May 19 2023 / $4 | -100 | $0.9000 |
| 4/27/2023 | Sold | Call | May 19 2023 / $3 | -20 | $3.8200 |
| 4/27/2023 | Sold | Call | May 19 2023 / $3 | -20 | $3.7900 |
| 4/27/2023 | Sold | Call | May 19 2023 / $3 | -20 | $3.7900 |
| 4/27/2023 | Sold | Call | May 19 2023 / $3 | -10 | $3.7900 |
| 4/27/2023 | Sold | Call | May 19 2023 / $6 | -19 | $2.2400 |
| 4/28/2023 | Bought | Put | May 19 2023 / $4 | 2 | $1.4100 |
| 5/3/2023 | Assigned | Put | May 19 2023 / $4 | 9 | $0.0000 |
| 5/4/2023 | Assigned | Put | May 19 2023 / $40 | 80 | $0.0000 |
| 5/11/2023 | Assigned | Put | May 19 2023 / $4 | 69 | $0.0000 |
| 5/19/2023 | Expired | Call | May 19 2023 / $3 | 70 | $0.0000 |
| 5/19/2023 | Expired | Call | May 19 2023 / $6 | 19 | $0.0000 |
| 5/19/2023 | Assigned | Put | May 19 2023 / $4 | 220 | $0.0000 |
| 5/19/2023 | Assigned | Put | May 19 2023 / $25 | 40 | $0.0000 |

**Nsecur 303 Limited Partnership's Transactions in First Republic Bank (FRC)**

| | Common Stock | | |
|---|---|---|---|
| **Date** | **Transaction Type** | **Quantity** | **Unit Price** |
| 3/13/2023 | Bought | 1,000 | $20.0100 |
| 3/13/2023 | Bought | 1,000 | $19.9100 |
| 3/13/2023 | Bought | 1,000 | $20.5100 |
| 3/13/2023 | Bought | 1,000 | $21.0100 |
| 3/13/2023 | Bought | 1,000 | $20.1620 |
| 3/13/2023 | Bought | 1,000 | $23.5820 |
| 3/14/2023 | Sold | -500 | $43.3700 |
| 3/14/2023 | Sold | -500 | $43.5065 |
| 3/14/2023 | Sold | -500 | $44.3000 |
| 3/14/2023 | Sold | -500 | $45.7900 |
| 3/14/2023 | Sold | -500 | $45.9800 |
| 3/14/2023 | Sold | -500 | $46.9800 |
| 3/14/2023 | Sold | -500 | $46.9800 |
| 3/14/2023 | Sold | -500 | $47.9900 |
| 3/14/2023 | Sold | -500 | $47.9800 |
| 3/14/2023 | Sold | -500 | $48.9800 |
| 3/14/2023 | Sold | -500 | $49.7180 |
| 3/14/2023 | Sold | -500 | $49.7100 |
| 3/16/2023 | Bought | 703 | $26.1100 |
| 3/16/2023 | Bought | 500 | $29.7439 |
| 3/16/2023 | Bought | 500 | $29.6490 |
| 3/16/2023 | Bought | 500 | $29.6100 |
| 3/16/2023 | Bought | 1,000 | $26.5100 |
| 3/16/2023 | Bought | 500 | $26.5574 |
| 3/16/2023 | Bought | 500 | $25.0000 |
| 3/20/2023 | Bought | 1,000 | $13.6139 |
| 3/20/2023 | Bought | 1,000 | $12.0400 |
| 3/21/2023 | Sold | -1,000 | $17.8900 |
| 3/21/2023 | Sold | -1,000 | $17.9900 |
| 3/21/2023 | Sold | -1,000 | $18.6510 |
| 3/21/2023 | Sold | -1,000 | $18.7700 |
| 3/27/2023 | Sold | -1,000 | $16.7900 |
| 3/27/2023 | Sold | -1,000 | $16.7900 |
| 4/3/2023 | Sold | -1,000 | $14.5232 |
| 4/11/2023 | Bought | 800 | $14.2100 |
| 4/21/2023 | Bought | 1,000 | $25.0000 |
| 4/24/2023 | Sold | -1,000 | $14.9900 |
| 4/24/2023 | Sold | -1,000 | $15.0900 |
| 4/24/2023 | Sold | -1,000 | $15.9933 |
| 4/24/2023 | Sold | -1,000 | $16.0332 |
| 4/27/2023 | Sold | -1,000 | $6.2800 |
| 4/27/2023 | Sold | -1,000 | $6.2700 |
| 4/27/2023 | Sold | -1,000 | $6.3900 |

| 4/27/2023 | Sold | -1,000 | $6.3400 |
|---|---|---|---|
| 4/27/2023 | Sold | -1,000 | $6.3700 |
| 4/27/2023 | Sold | -1,000 | $6.4400 |
| 4/27/2023 | Sold | -1,000 | $6.3400 |
| 4/27/2023 | Sold | -1,000 | $6.3400 |
| 4/27/2023 | Sold | -1,000 | $6.3000 |
| 4/27/2023 | Sold | -1,000 | $6.3100 |
| 4/27/2023 | Sold | -1,000 | $6.3400 |
| 4/27/2023 | Sold | -520 | $6.5500 |
| 4/28/2023 | Sold | -1,000 | $6.7900 |
| 4/28/2023 | Sold | -1,000 | $6.5147 |
| 4/28/2023 | Sold | -1,000 | $1.7900 |
| 4/28/2023 | Sold | -1,000 | $1.9300 |
| 4/28/2023 | Sold | -1,000 | $1.9300 |
| 4/28/2023 | Sold | -1,000 | $2.0100 |
| 4/28/2023 | Sold | -1,000 | $2.1800 |
| 4/28/2023 | Sold | -1,000 | $2.2200 |
| 4/28/2023 | Sold | -1,000 | $2.3300 |
| 4/28/2023 | Sold | -1,000 | $2.3500 |
| 4/28/2023 | Sold | -1,000 | $2.3700 |
| 4/28/2023 | Sold | -1,000 | $2.3600 |
| 4/28/2023 | Sold | -1,000 | $2.2600 |
| 4/28/2023 | Sold | -1,000 | $2.2400 |
| 4/28/2023 | Sold | -1,000 | $2.2500 |
| 4/28/2023 | Sold | -1,000 | $2.2800 |
| 4/28/2023 | Sold | -1,000 | $2.2622 |
| 5/3/2023 | Bought | 700 | $15.0000 |
| 5/4/2023 | Bought | 3,000 | $0.2927 |
| 5/4/2023 | Bought | 3,000 | $0.2902 |
| 5/4/2023 | Bought | 3,000 | $0.2811 |
| 5/4/2023 | Bought | 3,000 | $0.2711 |
| 5/4/2023 | Bought | 5,000 | $0.2755 |
| 5/4/2023 | Bought | 3,000 | $0.2731 |
| 5/4/2023 | Bought | 4,400 | $40.0000 |
| 5/5/2023 | Bought | 300 | $15.0000 |
| 5/8/2023 | Bought | 900 | $16.0000 |
| 5/8/2023 | Bought | 4,700 | $40.0000 |
| 5/9/2023 | Sold | -3,000 | $0.4335 |
| 5/9/2023 | Sold | -3,000 | $0.4301 |
| 5/9/2023 | Bought | 1,200 | $40.0000 |
| 5/10/2023 | Bought | 1,100 | $40.0000 |
| 5/11/2023 | Bought | 100 | $16.0000 |
| 5/12/2023 | Bought | 300 | $40.0000 |
| 5/19/2023 | Bought | 3,000 | $25.0000 |
| 5/19/2023 | Bought | 1,300 | $40.0000 |
| 5/23/2023 | Sold | -483 | $0.3500 |

**Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 3/13/2023 | Sold | Put | Apr 21 2023 / $25 | -10 | $9.2000 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -10 | $11.7500 |
| 3/13/2023 | Sold | Put | May 19 2023 / $25 | -20 | $11.2500 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $12.8000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $12.9000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $12.9000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $12.9000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $12.9000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $12.8000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $13.2000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $12.9000 |
| 3/14/2023 | Sold | Put | May 19 2023 / $40 | -20 | $13.4000 |
| 3/16/2023 | Bought | Put | May 19 2023 / $40 | 20 | $15.1000 |
| 3/16/2023 | Bought | Put | May 19 2023 / $40 | 20 | $14.6000 |
| 4/11/2023 | Bought | Put | May 19 2023 / $40 | 10 | $26.1500 |
| 4/21/2023 | Assigned | Put | Apr 21 2023 / $25 | 10 | $0.0000 |
| 4/24/2023 | Sold | Put | May 19 2023 / $15 | -10 | $3.0900 |
| 4/27/2023 | Sold | Call | May 19 2023 / $3 | -10 | $3.9700 |
| 4/27/2023 | Sold | Call | May 19 2023 / $6 | -20 | $2.2600 |
| 5/3/2023 | Assigned | Put | May 19 2023 / $15 | 7 | $0.0000 |
| 5/4/2023 | Assigned | Put | May 19 2023 / $40 | 44 | $0.0000 |
| 5/5/2023 | Assigned | Put | May 19 2023 / $15 | 3 | $0.0000 |
| 5/8/2023 | Assigned | Put | May 19 2023 / $40 | 47 | $0.0000 |
| 5/9/2023 | Assigned | Put | May 19 2023 / $40 | 12 | $0.0000 |
| 5/10/2023 | Assigned | Put | May 19 2023 / $40 | 11 | $0.0000 |
| 5/12/2023 | Assigned | Put | May 19 2023 / $40 | 3 | $0.0000 |
| 5/19/2023 | Assigned | Call | May 19 2023 / $3 | 10 | $0.0000 |
| 5/19/2023 | Expired | Call | May 19 2023 / $6 | 20 | $0.0000 |
| 5/19/2023 | Assigned | Put | May 19 2023 / $25 | 30 | $0.0000 |
| 5/19/2023 | Assigned | Put | May 19 2023 / $40 | 13 | $0.0000 |