1 | Robert V. Prongay (SBN 270796)
      *rprongay@glancylaw.com*
2 | Charles Linehan (SBN 307439)
      *clinehan@glancylaw.com*
3 | Pavithra Rajesh (SBN 323055)
      *prajesh@glancylaw.com*
4 | GLANCY PRONGAY & MURRAY LLP
    1925 Century Park East, Suite 2100
5 | Los Angeles, California 90067
    Telephone: (310) 201-9150
6 | Facsimile: (310) 201-9160

7 | *Counsel for Plaintiff Hal Collier*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAL COLLIER, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>FIRST REPUBLIC BANK, JAMES H. HERBERT, II, HAFIZE GAYE ERKAN, MICHAEL J. ROFFLER, OLGA TSOKOVA, MICHAEL D. SELFRIDGE, NEAL HOLLAND, and KPMG, LLP,<br><br>            Defendant. | Case No. 3:23-cv-03096<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT FIRST REPUBLIC BANK** |

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT FIRST REPUBLIC BANK

1  NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Hal Collier ("Plaintiff") hereby voluntarily dismisses his claims against Defendant First Republic Bank, without prejudice. Plaintiff's claims against the other Defendants remain.

DATED: June 22, 2023

**GLANCY PRONGAY & MURRAY LLP**

By: _s/ Charles H. Linehan_
Robert V. Prongay
Charles Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
          clinehan@glancylaw.com
          prajesh@glancylaw.com

*Counsel for Plaintiff Hal Collier*

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT FIRST REPUBLIC BANK
1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 22, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 22, 2023, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan